**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Respondents. | Civil No.　07-2086 IEG (NLS)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION** |

　　　　Petitioner is a state prisoner proceeding pro se with a habeas corpus action filed pursuant to 28 U.S.C.A. § 2254 (West Supp. 2006). Petitioner has not paid the $5.00 filing fee and has not filed a motion to proceed in forma pauperis. Upon reviewing the petition, the Court finds that this case should be transferred in the interest of justice. Thus, this Court does not rule on Petitioner's in forma pauperis status.

　　　　A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. *See* 28 U.S.C. § 2241(d); *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497 (1973). Petitioner is presently confined at R.J. Donovan State Prison, located in San Diego County, which is within the jurisdictional boundaries of the United States District Court for the Southern District of California. *See* 28 U.S.C. § 84(d). Petitioner's state court conviction occurred in San Bernardino County Superior Court, which is located

1 within the jurisdictional boundaries of the United States District Court for the Central District

2 of California, Eastern Division *See* 28 U.S.C. § 84(c)(1). Thus, jurisdiction exists in both the

3 Southern and Central Districts.

4 When a habeas petitioner is challenging a state court conviction, the district court of the

5 district in which the state court conviction took place is a more convenient forum because of the

6 accessibility of evidence, records and witnesses. Thus, it is generally the practice of the district

7 courts in California to transfer habeas actions questioning state court convictions to the district

8 in which the state court conviction took place. Any and all records, witnesses and evidence

9 necessary for the resolution of Petitioner's contentions are more readily available in San

10 Bernardino County. *See Braden*, 410 U.S. at 497, 499 n.15 (stating that a court can, of course,

11 transfer habeas cases to the district of conviction which is ordinarily a more convenient forum).

12 Therefore, in the furtherance of justice,

13 **IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States

14 District Court for the Central District of California, Eastern Division. *See* 28 U.S.C. § 2241(d).

15 **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order

16 upon Petitioner and upon the California Attorney General.

**DATED: November 6, 2007**

*[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**