# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

PLEASE RECEIPT AND RETURN

FILED 2007 NOV 26 AM 11:29 CLERK U.S. DISTRICT COURT CENT. DIST. OF CALIF. -RSIDE

November 6, 2007

Office of the Clerk
Central District of California, Eastern Division
4-200 Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814-7300

Re: Chester Ray Wiseman vs. State of California, et al., Case No. 07cv2086 IEG (NLS)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: A. Everill         (SEAL)
    A. Everill, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED
THIS DATE OF __11/26/07__
AND ASSIGNED CASE NUMBER __ED CV 07 - 1542 RSWL (CT)__

CLERK, U.S. DISTRICT COURT

By: _____, Deputy